IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LORRAINE THMPSON, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | **Case No.: 2:14-cv-3888-TON** |
| ) | |
| TORRES CREDIT SERVICES, INC., ) | |
| ) | |
| Defendant ) | |
| ) | |
| ) | |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses his Complaint with prejudice.

Dated: July 22, 2014

BY: */s/ Craig Thor Kimmel*
Craig Thor Kimmel, Esquire
Kimmel & Silverman, P.C
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (215) 540-8817
Email: kimmel@creditlaw.com
Attorney for Plaintiff

**Certificate of Service**

I hereby certify that on this 22nd day of July, 2014, a true and correct copy of the foregoing pleading served via mail to the below:

Charles Rector, Esq.
1104 Fernwood Avenue
Suite 203
Camp Hill PA 17011

*/s/ Craig Thor Kimmel*
Craig Thor Kimmel, Esquire
Kimmel & Silverman, P.C
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (215) 540-8817
Email: kimmel@creditlaw.com
Attorney for Plaintiff